IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-00631-WJM-NRN

JOLENE GALLEGOS

    Plaintiff,

v.

BEATTY & WOZNIAK, P.C.

    Defendant.

---

### STIPULATED MOTION TO RESCHEDULE THE SCHEDULING CONFERENCE

---

Jolene Gallegos, by and through her attorneys, Baird Quinn LLC, and Beatty & Wozniak, P.C., by and through its attorneys, Davis Graham & Stubbs LLP, hereby respectfully move the Court to reschedule the Scheduling Conference set for June 16, 2022, commencing at 10:00 a.m. In support of this Motion, the parties state as follows:

### CERTIFICATE OF COMPLIANCE WITH DUTY TO CONFER

Pursuant to D.C. Colo. LCiv. R. 7.1(A), the undersigned counsel conferred with one another regarding the rescheduling of the Scheduling Conference requested in this Motion. The Parties agree on the relief sought in the Motion.

1.    On March 14, 2022, Plaintiff Jolene Gallegos filed her Complaint [**Dkt. No. 1**] claiming unlawful disability discrimination (including a failure to accommodate) and retaliation in violation of the Americans With Disabilities Act, 42 U.S.C. §§ 12101, et. seq., against Defendant.

2. Defendant was served on or about May 2, 2022, and its Answer was originally due May 23, 2022 [**Dkt. No. 7**].

3. On May 23, 2022, before Defendant filed an Answer, Plaintiff amended her Complaint [**Dkt. No. 8**] as a matter of course on or before 21 days after service upon Defendant. Thus, Defendant's Answer is now due on Monday, June 6, 2022.

4. Defendant denies Plaintiff's claimed violations of law and Defendant's Answer will reflect that position.

5. Undersigned counsel for Plaintiff inadvertently miscalculated the deadline for the Rule 26(f) conference but given that Defendant is scheduled to Answer the Complaint on June 6, 2022, the parties have agreed to hold the Rule 26(f) conference the following day, Tuesday, June 7, 2022.

6. In addition, the parties currently are in good faith settlement discussions to determine if the matter can be resolved voluntarily at the very outset of the case before any Court time or party resources are expended.

7. On March 13, 2022, an Order Setting Scheduling Conference [**Dkt. No. 6**] was entered in this matter. In the Order, the Magistrate Judge set a Scheduling Conference for June 16, 2022, at 10:00 a.m., to be held via telephone.

8. Given that the Defendant is just Answering the Amended Complaint on June 6, 2022, the Rule 26(f) conference is just being held on June 7, 2022, and the parties are in good faith discussions about voluntarily resolving the matter, the parties believe there is good cause existing to reschedule the Scheduling Conference. Under this current schedule, the parties will need to submit a Scheduling Order and exchange

disclosures just three days after Defendant has Answered. Rescheduling the Scheduling Conference will allow the parties to have a more meaningful exchange of information with each other and the Court. In addition, it will give the parties time to complete their early, good faith discussions regarding resolving the case. Rescheduling the Conference will not prejudice the parties or the Court but will serve the interests of justice.

9. Under the terms of the Order Setting Scheduling Conference [**Dkt. No. 6**], counsel were instructed to file a motion to reschedule the Scheduling Conference no later than five (5) business days prior to the date of the Conference if the setting was inconvenient. This motion has been timely filed.

10. Pursuant to D.C. Colo. LCiv. R. 6.1(C), a copy of this motion has been served on the undersigned counsel's clients.

WHEREFORE, for all the foregoing reasons, the parties respectfully request the Court reschedule the Scheduling Conference set for June 16, 2022, and for all other and further relief as this Court deems just and appropriate.

DATED this 3rd day of June 2022.

| BAIRD QUINN LLC | DAVIS GRAHAM & STUBBS LLP |
|---|---|
| <u>*/s/ Beth Doherty Quinn*</u><br>Beth Doherty Quinn<br>J. Mark Baird<br>2036 East 17th Avenue<br>Denver, Colorado 80206<br>Telephone:  303.813.4500<br>Email:  bdq@bairdquinn.com<br>          jmb@bairdquinn.com | <u>*/s/ Janet A. Savage*</u><br>Janet A. Savage<br>Sarah Barr<br>1550 17th Street, Suite 500<br>Denver, Colorado 80202<br>Telephone:  303.892.9400<br>Email:  janet.savage@dgslaw.com<br>          sarah.barr@dgslaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing, **STIPULATED MOTION TO RESCHEDULE THE SCHEDULING CONFERENCE,** was filed with the Court and served electronically via the CM/ECF system on this 3rd day of June 2022, addressed to the following:

  Janet A. Savage, Esq.
  Sarah  Barr, Esq.
  DAVIS GRAHAM & STUBBS LLP
  1550 17th Street, Suite 500
  Denver, CO 80202
  Janet.savage@dgslaw.com
  Sarah.barr@dgslaw.com

            */s/ Diane Burns*
            OF Baird Quinn LLC