IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00631-WJM-NRN

JOLENE GALLEGOS,

Plaintiff,

v.

BEATTY & WOZNIAK, P.C.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that the parties' Stipulated Motion to Reschedule the Scheduling Conference (Dkt. #9) is GRANTED. The Scheduling Conference set for June 16, 2022 at 10:00 a.m. is VACATED and RESET to June 29, 2022 at 10:00 a.m. The proposed Scheduling Order is due on or before June 22, 2022.

Date: June 6, 2022